**DISMISS; and Opinion Filed August 30, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00700-CV

**ANTHONY TUCKER AND BELINDA TUCKER, Appellants**
**V.**
**KENNETH HAGGERTY AND SHERITA HAGGERTY, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-10625**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Schenck
Opinion by Justice Fillmore

Before the Court is appellants' motion to dismiss the appeal. Appellants have informed

the Court that they no longer wish to pursue this appeal. Accordingly, we grant the motion and

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

160700F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANTHONY TUCKER AND
BELINDA TUCKER, Appellants

No. 05-16-00700-CV        V.

KENNETH HAGGERTY AND
SHERITA HAGGERTY, Appellees

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-10625.
Opinion delivered by Justice Fillmore.
Justices Francis and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees KENNETH HAGGERTY AND SHERITA HAGGERTY recover their costs of this appeal from appellants ANTHONY TUCKER AND BELINDA TUCKER.

Judgment entered this 30th day of August, 2016.